UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
ATKINSON, WALTER LYNN                 §      Case No. 10-76368
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/24/2011 in Courtroom 115,

                  United States Courthouse
                  211 S. Court St.
                  Rockford, IL  61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/19/2011                By: /s/ Daniel M. Donahue
                                                                          Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ATKINSON, WALTER LYNN § Case No. 10-76368
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,500.23 |
| and approved disbursements of | $ | 7.27 |
| leaving a balance on hand of[1] | $ | 8,492.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,600.02 | $ 0.00 | $ 1,600.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 1,722.50 | $ 0.00 | $ 1,722.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 17.55 | $ 0.00 | $ 17.55 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,340.07 |
| Remaining Balance | $ | 5,152.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 80,378.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,643.89 | $ 0.00 | $ 490.03 |
| 000002 | Discover Bank | $ 6,648.28 | $ 0.00 | $ 426.21 |
| 000003 | Discover Bank | $ 4,608.81 | $ 0.00 | $ 295.46 |
| 000005 | Chase Bank USA, N.A. | $ 9,286.53 | $ 0.00 | $ 595.34 |
| 000006 | Chase Bank USA, N.A. | $ 810.91 | $ 0.00 | $ 51.99 |
| 000007 | Chase Bank USA, N.A. | $ 4,697.77 | $ 0.00 | $ 301.16 |
| 000008 | Chase Bank USA, N.A. | $ 8,390.24 | $ 0.00 | $ 537.88 |
| 000009 | Chase Bank USA, N.A. | $ 7,286.51 | $ 0.00 | $ 467.12 |
| 000010 | American Express Bank, FSB | $ 6,143.73 | $ 0.00 | $ 393.87 |
| 000011 | American Express Centurion Bank | $ 735.94 | $ 0.00 | $ 47.18 |
| 000013 | FIA Card Services, NA/Bank of America | $ 7,186.03 | $ 0.00 | $ 460.68 |
| 000014 | FIA Card Services, NA/Bank of America | $ 7,138.39 | $ 0.00 | $ 457.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | FIA Card Services, NA/Bank of America | $ 9,801.25 | $ 0.00 | $ 628.34 |
| | Total to be paid to timely general unsecured creditors | | $ | 5,152.89 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 10-76368-MB
Walter Lynn Atkinson                                            Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 1                   Date Rcvd: Aug 02, 2011
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2011.
db           +Walter Lynn Atkinson,   12 Meadow Trail West,   DeKalb, IL 60115-5300
aty           Daniel M Donahue,   P. O. Box 2903,   Rockford, IL   61132-2903
aty          +Joseph R. Ramos,   Law Office of Joseph R. Ramos,    340 N. Lake Street,    Aurora, IL 60506-4799
tr            Daniel Donahue,    P O Box 2903,   Rockford, IL   61132-2903
16623582      AT&T,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
16623581     +American Express,    P.O. Box 981535,   El Paso, TX 79998-1535
17253283      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17264777      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16623583      Bank of America,    P.O. Box 851001,   Dallas, TX 75285-1001
16623584      Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
17235554      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16623585      Citi Diamond Preferred,    PO Box 6000,   The Lakes, NV 89163-6000
16623586      CitiMortgage,    P.O. Box 660065,   Dallas, TX 75266-0065
16623588     +Ford Motor Credit Company, LLC,    c/o Attorney Steven L. Nelson,
               Snyder, Park, Nelson & Schwiebert, P.C.,   1600 - 4th Avenue, Suite 200,
               Rock Island, IL 61201-8632
16623589     +Meadow Trail Home Owner’s Assoc.,    4 Meadow Trail West,   DeKalb, IL 60115-5300
17206331     +NIU Employees Credit Union,    817 W. Lincoln Highway,   DeKalb, IL 60115-3002
16623590     +NIU Employees Federal Credit Union,    c/o Esp, Kreuzer, Cores & McLaughlin,
               400 S. County Farm Road, Suite 200,   Wheaton, IL 60187-4547
16623592     +Target National Bank,    P.O. Box 660170,   Dallas, TX 75266-0170
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16623587      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2011 01:56:01     Discover,   P.O. Box 6103,
               Carol Stream, IL 60197-6103
17131371      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2011 01:56:01     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17532895      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 03 2011 02:05:29
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16623591      E-mail/Text: bnc@nordstrom.com Aug 03 2011 01:38:48     Nordstrom,   P.O. Box 79137,
               Phoenix, AZ 85062-9137
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Daniel Donahue,    P O Box 2903,   Rockford, IL   61132-2903
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**          **Signature:** *Joseph Speetjens*