UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ATKINSON, WALTER LYNN | § | Case No. 10-76368 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CitiMortgage P.O. Box 660065 Dallas, TX 75266-0065 |  |  |  |  |  |
|  | Ford Credit |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NIU Employees Credit Union<br>817 W. Lincoln Highway<br>DeKalb, IL 60115 | | | | | |
| 000012 | MEADOW TRAIL HOME OWNER'S ASSOC. | | | | | |
| 000004 | NIU EMPLOYEES FEDERAL CREDIT UNION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Diamond Preferred PO Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Meadow Trail Home Owner's Assoc. 4 Meadow Trail West DeKalb, IL 60115 | | | | | |
| | Nordstrom P.O. Box 79137 Phoenix, AZ 85062-9137 | | | | | |
| | Target National Bank P.O. Box 660170 Dallas, TX 75266 | | | | | |
| 000010 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-76368 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | ATKINSON, WALTER LYNN | | | Date Filed (f) or Converted (c): | 12/31/10 (f) |
| | | | | 341(a) Meeting Date: | 02/07/11 |
| For Period Ending: | 11/01/11 | | | Claims Bar Date: | 07/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhome: 12 Meadow Trail West DeKalb, IL 60115 3 | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Checking account: Resource Bank Dekalb, IL | 35.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account: NIU Employee Credit Union DeKalb | 9.50 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account: NIU Employee Credit Union | 53.36 | 0.00 | DA | 0.00 | FA |
| 5. 2 bedroom sets, living room set, dining room set, | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc. books, DVS's, posters, water color paintings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 8. Watch, rings | 500.00 | 0.00 | DA | 0.00 | FA |
| 9. Whole life insurance policy: Standard Insurance Co | 6,628.06 | 3,000.00 | | 3,000.00 | FA |
| 10. IRA - Wells Fargo | 40,587.22 | 0.00 | DA | 0.00 | FA |
| 11. State University Retirement System Monthly pension | 0.00 | Unknown | DA | 0.00 | FA |
| 12. 2008 Ford Escape 34,000 miles, good condition | 18,285.00 | 5,500.00 | | 5,500.00 | FA |
| 13. Desk-top computer, printer (6 years old) | 200.00 | 200.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.23 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $183,798.14   $8,700.00   $8,500.23   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further remains to be done.

Initial Projected Date of Final Report (TFR): / /   Current Projected Date of Final Report (TFR): / /

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 10-76368 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ATKINSON, WALTER LYNN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3448 MONEY MARKET |
| Taxpayer ID No: | *******5941 | | | |
| For Period Ending: | 11/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/05/11 | | 722 REDEMPTION FUNDING<br>Disbursement Account<br>7901 Vine St., Ste. 200<br>Cincinnati, OH 45216 | Interest in 2008 Ford Escape | 1129-000 | 4,347.00 | | 4,347.00 |
| 04/05/11 | | WALTER LYNN ATKINSON | Interest in 2008 Ford Escape | 1129-000 | 4,153.00 | | 8,500.00 |
| 04/29/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 8,500.05 |
| 05/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,500.12 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 7.27 | 8,492.85 |
| 06/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 8,492.92 |
| 07/19/11 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 8,492.96 |
| 07/19/11 | | Transfer to Acct #*******3846 | Final Posting Transfer | 9999-000 | | 8,492.96 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,500.23 | 8,500.23 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,492.96 | |
| Subtotal | 8,500.23 | 7.27 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,500.23 | 7.27 | |

Page Subtotals       8,500.23       8,500.23

Ver: 16.04e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-76368 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | ATKINSON, WALTER LYNN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3846  GENERAL CHECKING |
| Taxpayer ID No: | *******5941 | | |
| For Period Ending: | 11/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/11 | | Transfer from Acct #*******3448 | Transfer In From MMA Account | 9999-000 | 8,492.96 | | 8,492.96 |
| 08/25/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,600.02 | 6,892.94 |
| 08/25/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,722.50 | 5,170.44 |
| 08/25/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 17.55 | 5,152.89 |
| 08/25/11 | 000103 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 6.4% | 7100-000 | | 490.03 | 4,662.86 |
| 08/25/11 | 000104 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 6.4% | 7100-000 | | 426.21 | 4,236.65 |
| 08/25/11 | 000105 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 6.4% | 7100-000 | | 295.46 | 3,941.19 |
| 08/25/11 | 000106 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 6.4% | 7100-000 | | 595.34 | 3,345.85 |
| 08/25/11 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 6.4% | 7100-000 | | 51.99 | 3,293.86 |
| 08/25/11 | 000108 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 6.4% | 7100-000 | | 301.16 | 2,992.70 |
| 08/25/11 | 000109 | Chase Bank USA, N.A.<br>PO Box 15145 | Claim 000008, Payment 6.4% | 7100-000 | | 537.88 | 2,454.82 |

Page Subtotals       8,492.96       6,038.14

Ver: 16.04e

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-76368 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | ATKINSON, WALTER LYNN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3846 GENERAL CHECKING |
| Taxpayer ID No: | *******5941 | | | |
| For Period Ending: | 11/01/11 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/25/11 | 000110 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000009, Payment 6.4% | 7100-000 | | 467.12 | 1,987.70 |
| 08/25/11 | 000111 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 6.4% | 7100-000 | | 393.87 | 1,593.83 |
| 08/25/11 | 000112 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 6.4% | 7100-000 | | 47.18 | 1,546.65 |
| 08/25/11 | 000113 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000013, Payment 6.4% | 7100-000 | | 460.68 | 1,085.97 |
| 08/25/11 | 000114 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000014, Payment 6.4% | 7100-000 | | 457.63 | 628.34 |
| 08/25/11 | 000115 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000015, Payment 6.4% | 7100-000 | | 628.34 | 0.00 |

Page Subtotals 0.00 2,454.82

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 11)

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-76368 -MLB |
| Case Name: | ATKINSON, WALTER LYNN |
| Taxpayer ID No: | *******5941 |
| For Period Ending: | 11/01/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3846  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,492.96 | 8,492.96 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 8,492.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,492.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,492.96 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********3448 | 8,500.23 | 7.27 | 0.00 |
| GENERAL CHECKING - ********3846 | 0.00 | 8,492.96 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 8,500.23 | 8,500.23 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*